■ WILLIAM MARFURT, Doing Business as WILLIAM MARFURT LANDSCAPING & EXCAVATING Co., Respondent, v COLLEGE PARK ASSOCIATES, Appellant. (Appeal No. 2.) [643 NYS2d 463] —Appeal unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr.,* 155 AD2d 435; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Mintz, J.—Set Aside Verdict.) Present—Pine, J. P., Wesley, Callahan, Doerr and Boehm, JJ.